

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00391-CV

**IN THE ESTATE OF** Shirley L. **WIATREK**, Deceased

From the County Court, Karnes County, Texas
Trial Court No. PR-2019-0025
Honorable John D. Hutchinson, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED each party to bear their own costs of this appeal.

SIGNED August 10, 2022.

_____
Luz Elena D. Chapa, Justice